UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

LUIS SANTIAGO,

                  Defendant.

------------------------------------x

ORDER

05 Cr. 939 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Upon agreement of the parties, Defendant Luis Santiago's 28 U.S.C. § 2255 motion to vacate his conviction under 18 U.S.C. § 924(c)(1)(A)(ii) was stayed pending the disposition of the petition for certiorari in *United States v. Hill*, 890 F.3d 51 (2d Cir. 2018) or the issuance of the Second Circuit mandate in *United States v. Barrett*, 903 F.3d 166 (2d Cir. 2018). (ECF No. 109.) The case was placed on the Court's suspense docket on December 12, 2018. (*Id.*) On January 7, 2019 the Supreme Court of the United States denied the petition for certiorari in *United States v. Hill*, 890 F.3d 51 (2d Cir. 2018). Similarly, on June 28, 2019 the Supreme Court vacated *United States v. Barrett,* 903 F.3d 166 (2d Cir. 2018). *See Barrett v. United States*, 139 S. Ct. 2774 (2019).

    Petitioner having not pursued this motion since December 2018, this § 2255 motion is DENIED, and this case is ordered closed.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge